# Ann Keppele executrix of George Keppele *against* Henry Zantzinger surviving partner of George Keppele.

On a *capias ad computandum* issued against a defendant, court will moderate the bail according to the circumstances of the case.

ACCOUNT render. Judgment *quod computet* had been entered last September term, and auditors had been appointed by the court. Two several days had been fixed by the auditors to take the account, but the defendant had made default. Whereupon Mr. Levy for the plaintiff, issued a *capias ad computandum* against him, and marked bail in 20,000 dollars.

Mr. Ingersoll, for the defendant, now moved to discharge the bail, or at least to moderate the sum. He insisted, that there was a balance due from the plaintiff, if a full settlement was made, and shewed some propositions made on her behalf to the defendant for a compromise. But the present bail indorsed on the writ, amounts to an actual imprisonment, unless the defendant be in affluent circumstances. The court must exercise their discretion in fixing the sum.

Mr. Levy, for the plaintiff, insisted, that the writ of *capias ad computandum* lies of right, if the defendant does not appear after a judgment *quod computet.* 1 Vin. Abr. 171. U. Cro. El. 82. In *this last case, the plaintiff demanded 100l. and the defendant found *mainpernors* in 200l. to enter into account [*84 before the auditors, and finish it, &c. Here the plaintiff's demand is 10,000 dollars, and the defendant has twice neglected to appear before the auditors, without assigning a good reason for his absence.——He moreover refuses to submit his partnership books to the inspection of the plaintiff's agent, which evinces that his intentions are not fair.

BY THE COURT. The *capias* has been rightly issued; but undoubtedly the *quantum* of bail cannot depend on the plaintiff's demand, but must rest in our discretion, which should be regulated by the amount of the probable balance. But here the defendant has been guilty of two defaults in not appearing before the auditors; and therefore let him give bail in 1000 dollars, to appear before the auditors and account, &c.